1 **[PROPOSED] CASE MANAGEMENT ORDER**

2 The above Joint Case Management Conference Statement is approved as the
3 Case Management Order for this case and all parties shall comply with its
4 provisions.

5 [In addition, the Court makes the further orders stated below:]

6

7 **IT IS SO ORDERED.**

8

9 Dated: _____   _____
          **HON. LAUREL BEELER**
10         **U.S. DISTRICT/ MAGISTRATE JUDGE**