Kenneth S. Kasdan, SBN 71427
kkasdan@kasdancdlaw.com
Graham B. LippSmith, SBN 221984
glippsmith@klwtlaw.com
Jaclyn L. Anderson, SBN 258609
janderson@klwtlaw.com
**KASDAN LIPPSMITH WEBER TURNER LLP**
500 S. Grand Ave., Suite 1310
Los Angeles, California 90071
Tel: 213-254-4800
Fax: 213-254-4801

Jeffrey D. Kaliel, SBN 238293
jkaliel@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC 20036
Tel: 202-973-0900
Fax: 202-973-0950

Manuel S. Hiraldo, *Pro Hac Vice*
mhiraldo@hiraldolaw.com
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Tel: 954-400-4713

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LT. JOSEPH J. GALASKA, GEORGE W. WOOLLEY, TAMMY S. WOOLLEY, MICHAEL G. PEKEL, ANTHONY LOOK, JR., KIMBERLY LOOK, GRACHIAN L. SMITH, MARY JANE SMITH, ALEJANDRO MARCEY, and FELICIA MARCEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YGRENE ENERGY FUND, INC.; YGRENE ENERGY FUND FLORIDA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-01258-LB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF LT. JOSEPH J. GALASKA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

**PLAINTIFF LT. JOSEPH J. GALASKA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Lt. Joseph J. Galaska hereby gives notice that his individual claims against Defendants, Ygrene Energy Fund, Inc., and Ygrene Energy Fund Florida, LLC are voluntarily dismissed without prejudice.

This Notice of Voluntary Dismissal shall have no effect on the currently pending claims of Plaintiffs, George W. Woolley, Tammy S. Woolley, Michael G Pekel, Anthony Look, Jr., Kimberley Look, Grachian L. Smith, Mary Jane Smith, Alejandro Marcey, and Felicia Marcey.[1]

Dated: August 15, 2017

**KASDAN LIPPSMITH WEBER TURNER LLP**

By:   /s/ Graham B. LippSmith
      GRAHAM B. LIPPSMITH
      JACLYN L. ANDERSON

      **TYCKO &ZAVAREEI LLP**
      JEFFREY D. KALIEL

      **HIRALDO P.A.**
      MANUEL S. HIRALDO

      *Attorneys for Plaintiffs*

---

[1] Pursuant to the Court's Order, ECF 41, Plaintiffs, George W. Woolley, Tammy S. Woolley, Michael G Pekel, Anthony Look, Jr., Kimberley Look, Grachian L. Smith, Mary Jane Smith, Alejandro Marcey, and Felicia Marcey, intend to file their Second Amended Complaint on or before August 25, 2017.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system to receive service.

*/s/ Graham B. LippSmith*
Graham B. LippSmith

**PLAINTIFF LT. JOSEPH J. GALASKA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**