1  **TYCKO & ZAVAREEI LLP**
   ANNICK M. PERSINGER, SBN 272996
2  apersinger@tzlegal.com
   483 Ninth Street, Suite 200
3  Oakland, CA 94607
   Telephone (510) 254-6808
4  Facsimile (510) 210-0571

5  **TYCKO & ZAVAREEI LLP**
   Sophia Goren, SBN 307971
6  sgoren@tzlegal.com
   1828 L Street NW, Suite 1000
7  Washington, DC 20036
   Tel: 202-973-0900
8  Fax: 202-973-0950

9  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. WOOLEY, TAMMY S. WOOLEY, MICHAEL G. PEKEL, ANTHONY LOOK, JR., KIMBERLY LOOK, ALEJANDRO MARCEY, and FELICIA MARCEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YGRENE ENERGY FUND, INC.; YGRENE ENERGY FUND FLORIDA LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:17-cv-01258 <br><br> **REQUEST BY TYCKO & ZAVAREEI LLP TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 11-5, attorneys Annick Persinger, Sophia Goren, and the law firm of Tycko & Zavareei LLP hereby request the Court's leave to withdraw as counsel of record for Plaintiffs in the above-captioned matter. Plaintiffs and Counsel for the Defendants have been notified of Tycko & Zavareei LLP's intent to request withdrawal. *See* Declaration of Annick Persinger, submitted herewith. As indicated below, the law firms of Kasdan LippSmith Weber Turner LLP and Hiraldo P.A.[1] will continue to represent the Plaintiffs in this matter. The following attorneys will remain counsel of record for Plaintiffs.

Graham Bruce LippSmith
Jaclyn L. Anderson
Kenneth S. Kasdan
**Kasdan LippSmith Weber Turner LLP**
500 S. Grand Ave.
Suite 1310
Los Angeles, CA 90071
(213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com
kkasdan@kasdancdlaw.com
janderson@klwtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Manuel Santiago Hiraldo
**Hiraldo P.A.**
401 E. Las Olas Blvd.
Ste. 1400
Fort Lauderdale, FL 33301
954-400-4713
mhiraldo@hiraldolaw.com

Plaintiffs respectfully request that the Court permit Annick Persinger, Sophia Goren, and the law firm of Tycko & Zavareei LLP to withdraw as counsel and that the Clerk of Court update the docket for this matter accordingly.

---

[1] Jeffrey Kaliel, who is listed on the Court's docket as an attorney for Plaintiffs, is no longer employed at Tycko and Zavareei LLP. It is Tycko & Zavareei LLP's understanding that Attorney Kaliel will remain counsel of record for Plaintiffs, file a notice of change of address, and make an appearance for his new firm, Kaliel PLLC.

| | | |
|---|---|---|
| 1 | DATED: December 19, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Annick M. Persinger*_____ |
| 4 | | Annick M. Persinger |

**TYCKO & ZAVAREEI LLP**
ANNICK M. PERSINGER, SBN 272996
apersinger@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (510) 210-0571

**TYCKO & ZAVAREEI LLP**
Sophia Goren, SBN 307971
sgoren@tzlegal.com
1828 L Street NW, Suite 1000
Washington, DC 20036
Tel: 202-973-0900
Fax: 202-973-0950

*Withdrawing Attorneys for Plaintiffs*