**TYCKO & ZAVAREEI LLP**
ANNICK M. PERSINGER, SBN 272996
apersinger@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (510) 210-0571

**TYCKO & ZAVAREEI LLP**
Sophia Goren, SBN 307971
sgoren@tzlegal.com
1828 L Street NW, Suite 1000
Washington, DC 20036
Tel: 202-973-0900
Fax: 202-973-0950

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. WOOLEY, TAMMY S. WOOLEY, MICHAEL G. PEKEL, ANTHONY LOOK, JR., KIMBERLY LOOK, ALEJANDRO MARCEY, and FELICIA MARCEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YGRENE ENERGY FUND, INC.; YGRENE ENERGY FUND FLORIDA LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-01258<br><br>**DECLARATION OF ANNICK PERSINGER** |

I, Annick Persinger, declare:

1. I am an attorney in good standing with the California State Bar, State Bar No. 272996. I am a senior associate at the law firm of Tycko & Zavareei LLP, and I am counsel for Plaintiffs George W. Wooley, Tammy S. Wooley, Michael G. Pekel, Anthony Look, Jr., Kimberly Look, Alejandro Marcey, and Felicia Marcey in the above-captioned matter.

2. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify to the matters included herein.

3. Tycko & Zavareei LLP, including the undersigned and Sophia Goren, requests withdrawal from the above captioned case.

4. Counsel for Defendant have been informed that Tycko & Zavareei LLP will no longer be participating in the case.

5. At the most recent case management conference, held on December 14, 2017, the Court was informed that Tycko & Zavareei intended to seek withdrawal from the case.

6. All Plaintiffs have been informed that Tycko & Zavareei LLP will be requesting a withdrawal from the case, but that they will still be represented by Kasdan LippSmith Weber Turner LLP and Hiraldo P.A.[1] All Plaintiffs have agreed to the transition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2017            */s/ Annick M. Persinger*_____
                                          Annick M. Persinger

---

[1] Jeffrey Kaliel, who is listed on the Court's docket as an attorney for Plaintiffs, is no longer employed at Tycko and Zavareei LLP. I understand that Attorney Kaliel will remain counsel of record for Plaintiffs, file a notice of change of address, and make an appearance for his new firm, Kaliel PLLC.