**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE W. WOOLEY, TAMMY S. WOOLEY, MICHAEL G. PEKEL, ANTHONY LOOK, JR., KIMBERLY LOOK, ALEJANDRO MARCEY, and FELICIA MARCEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YGRENE ENERGY FUND, INC.; YGRENE ENERGY FUND FLORIDA LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-01258<br><br>[~~PROPOSED~~ ORDER] GRANTING TYCKO & ZAVAREEI LLP'S REQUEST TO WITHDRAW AS COUNSEL OF RECORD |

Having considered the request for leave to withdraw as counsel of record, the Court hereby GRANTS the request and directs the Clerk of Court to remove the law firm of Tycko & Zavareei LLP and attorneys Annick Persinger and Sophia Goren from the service list for the above-captioned matter.

IT IS SO ORDERED.

Dated: December 19, 2017

Hon. Laurel Beeler
United States Magistrate Judge