# EXHIBIT R
# REDACTED