FILED

UNITED STATES COURT OF APPEALS

FEB 16 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE W. WOOLLEY; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>YGRENE ENERGY FUND, INC.; et al.,<br><br>Defendants-Appellees. | No.   20-16608<br><br>D.C. No. 3:17-cv-01258-LB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

At Docket Entry No. 33, Appellees withdraw their request at Docket Entry

No. 23 to maintain under seal any portion of Volume 7 of the excerpts of record.

Accordingly, the Clerk will unseal Volume 7 of the excerpts of record.  Appellants

are not required to submit a redacted version of Volume 7.

FOR THE COURT:

Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7

MH/