Graham B. LippSmith, SBN 221984
g@lippsmith.com
Jaclyn L. Anderson, SBN 258609
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, CA  90071
Tel: 213-344-1820
Fax: 213-513-2495

Jeffrey D. Kaliel, SBN 238293
jkaliel@kalielpllc.com
Sophia Goren Gold, SBN 307971
sgold@kalielpllc.com
**KALIEL PLLC**
1875 Connecticut Avenue NW
10th Floor
Washington, D.C. 20009
Tel: 202-350-4783
Manuel S. Hiraldo, *Pro Hac Vice*

mhiraldo@hiraldolaw.com
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Tel: 954-400-4713

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. WOOLLEY, TAMMY S. WOOLLEY, ANTHONY LOOK, JR., KIMBERLY LOOK, ALEJANDRO MARCEY, and FELICIA MARCEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YGRENE ENERGY FUND, INC.; YGRENE ENERGY FUND FLORIDA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  3:17-cv-01258-LB<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>The Hon. Magistrate Judge Laurel Beeler |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties in this action, Plaintiffs George W. Woolley, Tammy S. Woolley, Anthony Look, Jr. Kimberly Look, Alejandro Marcey and Felicia Marcey and Defendants Ygrene Enery Fund, Inc. and Ygrene Energy Fund Florida, LLC, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated therein against all parties, with each party to bear their own attorney's fees and costs.

Dated:  April 18, 2022     **LIPPSMITH LLP**

By:   /s/ *Graham B. LippSmith*
  GRAHAM B. LIPPSMITH
  JACLYN L. ANDERSON

  **KALIEL PLLC**
  JEFFREY D. KALIEL
  SOPHIA GOREN GOLD

  **HIRALDO P.A.**
  MANUEL S. HIRALDO

  *Attorneys for Plaintiffs*

Dated:  April 18, 2022     **BUCKLEY LLP**

By:   /s/ *Ali Abugheida*
  FREDRICK S. LEVIN
  MICHAEL A. ROME
  ALI M. ABUGHEIDA

  *Attorneys for Defendants*

# ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: ___April 18, 2022___

_____
HONORABLE LAUREL BEELER
U.S. MAGISTRATE JUDGE

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence of the filing of the **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** has been obtained.

   /s/ Graham B. LippSmith
Graham B. LippSmith

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I electronically filed the **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system to receive service.

        */s/ Graham B. LippSmith*
        Graham B. LippSmith